No. 76–1622.  ROTTENBERG *v.* SULMEYER ET AL., TRUSTEES. C. A. 9th Cir.  Certiorari denied.

No. 76–1626.  WRIGHT ET AL. *v.* BAILEY, SHERIFF, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 76–1627.  TEMPE ELEMENTARY SCHOOL DISTRICT No. 3 ET AL. *v.* BERNASCONI.  C. A. 9th Cir.  Certiorari denied.

No. 76–1628.  CHISHOLM-RYDER CO., INC., ET AL. *v.* LEWIS MANUFACTURING CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76–1630.  CHANEN ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–1631.  ROSENWASSER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 76–1632.  HENDERSON ET AL. *v.* MANN THEATRES CORPORATION OF CALIFORNIA.  Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–1633.  GARRIGAN *v.* GIESE ET AL.  C. A. 8th Cir. Certiorari denied.

No. 76–1635.  REILLY ET AL. *v.* ROBERTSON ET AL.  Sup. Ct. Ind.  Certiorari denied.

No. 76–1636.  ARIZONA STATE DENTAL ASSN. ET AL. *v.* BOD- DICKER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76–1637.  EXECUTIVE AERO, INC. *v.* BAACT CORP.  Sup. Ct. Minn.  Certiorari denied.